NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SEAN M. GRIFFIN,**
*Claimant-Appellant,*

**v.**

**ERIC K. SHINSEKI, Secretary of Veterans Affairs,**
*Respondent-Appellee.*

---

2013-7041

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 11-2877, Chief Judge Bruce E. Kasold.

---

**JUDGMENT**

---

OMAR A. KHAN, Wilmer Cutler Pickering Hale and Dorr, LLP, of New York, New York, argued for claimant-appellant. With him on the brief were LAUREN CLARK and JACOB WARREN.

DOMENIQUE GRACE KIRCHNER, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent-appellee. On the brief were STUART F. DELERY, Acting Assistant Attorney General, JEANNE E.

DAVIDSON, Director, MARTIN F. HOCKEY, JR., Assistant Director, and SHARI A. ROSE, Trial Attorney. Of counsel on the brief were MICHAEL J. TIMINSKI, Deputy Assistant General Counsel, and AMANDA BLACKMON, Staff Attorney, United States Department of Veterans Affairs, of Washington, DC.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, O'MALLEY, and CHEN, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

December 5, 2013          /s/  Daniel  E.  O'Toole
        Date                      Daniel E. O'Toole
                                  Clerk of Court